## RAUL LARRACUENTE v. COMMISSIONER OF CORRECTION
### (AC 31541)

Bishop, Alvord and Schaller, Js.

Argued November 30—officially released December 21, 2010

Per Curiam. The appeal is dismissed.

## DONALD A. GOWING v. COMMISSIONER OF CORRECTION
### (AC 31366)

Harper, Beach and Alvord, Js.

Submitted on briefs December 7—officially released December 28, 2010

Per Curiam. The appeal is dismissed.

## TERRELL JACKSON v. COMMISSIONER OF CORRECTION
### (AC 32036)

Harper, Beach and Alvord, Js.

Submitted on briefs December 7—officially released December 28, 2010

Per Curiam. The appeal is dismissed.